# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0200
LT Case No. 2003-CF-00918

_____

DAVID L. FARIES, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.801 appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

David L. Faries, Jr., East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

February 27, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____